UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
MAY 29 2009

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| KRISTINE BALTZER, | * | CIV. 07-4194 |
| Plaintiff, | * | |
| | * | JUDGMENT |
| -vs- | * | |
| CHRIS CAM CORP, d/b/a HEARTLAND PAPER COMPANY, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

In accordance with the Jury's verdict, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff and Plaintiff's Complaint is DISMISSED, with prejudice and on the merits, with Plaintiff taking nothing thereunder. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant may recover all of its costs of the action in the amount of $_____, such costs to be hereinafter inserted by the Clerk.

Dated this **29** day of ~~June~~ may, 2009.

BY THE COURT:

_____
John E. Simko
United States Magistrate Judge